**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAT PHAM TIEN TRAN (1),<br>Defendant. | CASE NO. 19-CR-0899-H-1<br><br>ORDER TO EXTEND SELF-SURRENDER DATE |

Based upon the motion of Defendant DAT PHAM TIEN TRAN and GOOD CAUSE appearing, it is hereby ordered that Defendant's date for self-surrender into the custody of the Bureau of Prisons is continued from November 13, 2026, at 12:00 p.m. to January 4, 2027, at 12:00 p.m. All other conditions of bond remain the same.

The bond exoneration hearing set for November 16, 2026 is reset to January 11, 2027.

IT IS SO ORDERED:

Dated: 11/12/2026

Marilyn L. Huff

HON. MARILYN L. HUFF
United States District Judge